IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION
DAYTON, OHIO
CIVIL DIVISION

| | | |
|---|---|---|
| **WILLIE DOW** | : | **CASE NO.: 3:07 CV 0399** |
| **922 Dustin Avenue** | | |
| **Dayton, Ohio 45402** | : | **JUDGE   ROSE** |
| **Plaintiff,** | : | |
| vs. | : | |
| **KAPPA KAPPA PSI FRATERNITY,** et al. | : | |
| **Defendants.** | | |

### AGREED ENTRY; STIPULATED DISMISSAL WITH PREJUDICE

This matter is fully resolved between the parties and the parties agree to dismiss this case with prejudice, all court costs to the Defendant Kappa Kappa Psi.

 /s/ Christopher M. Cooper
Christopher M. Cooper (0028970)
Crysta R. Pennington    (0077838)
Paul E. Morrison          (0078719)
Attorneys for Plaintiff
Christopher M. Cooper Co., LPA
3055 Cleveland Avenue
Columbus, Ohio 43224
614-447-0225


/s/ Steven G. Carlino                              /s/ Scott Jones
Steven G. Carlino, Esq.                          B. Scott Jones, Esq.
Weston Hurd Curley Patterson & Bush LLP   Reminger & Reminger Co., L.P.A.
88 E. Broad Street, Suite 1750                525 Vine Street, Suite 1700
Columbus, Ohio 43215                           Cincinnati, Ohio 45202
Attorney for Defendant                         Attorney for Defendant

/s/ Mia Meucci
Mia Meucci, Esq.
Office of the Attorney General of Ohio
Education Section
30 East Broad Street, 16th Floor
Columbus, Ohio 43215
Attorney for Defendant Brian Millsapp